Jennifer M. MCGOWAN, Plaintiff—
Appellant,

v.

ABM JANITORIAL SERVICES, North-
east, Inc.; Ursula Baskett, Defen-
dants—Appellees,

and

ABM Janitorial Services—North Cen-
tral, Inc.; ABM Janitorial Services—
Mid–Atlantic, Inc., Defendants.

No. 11–1840.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 31, 2012.

Decided: Feb. 6, 2012.

Jennifer M. McGowan, Appellant Pro
Se. Michael R. Ward, Morris & Morris,
Richmond, Virginia, for Appellees.

Before DUNCAN, KEENAN, and
WYNN, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

In this personal injury action, removed
to federal court under the court's diversity
jurisdiction, 28 U.S.C. § 1332 (2006), Jen-
nifer M. McGowan appeals the district
court's order granting Defendants' Fed.
R.Civ.P. 12(b)(1) motion to dismiss for lack

of jurisdiction. Having reviewed the dis-
trict court's ruling de novo, *Taylor v. Kel-
logg Brown & Root Servs., Inc.*, 658 F.3d
402, 408 (4th Cir.2011), we affirm for the
reasons stated by the district court.
*McGowan v. ABM Janitorial Servs.*, No.
2:10–cv–00388–MSD–DEM, 2011 WL
2604107 (E.D. Va. filed June 29 & entered
June 30, 2011). We dispense with oral
argument because the facts and legal con-
tentions are adequately presented in the
materials before the court and argument
would not aid the decisional process.

*AFFIRMED.*